IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-02064-JLK-CBS**

**CITIMORTGAGE, INC., a New York corporation**

     Plaintiff,

v.

**AMERICAN MORTGAGE NETWORK, INC., n/k/a Wells Fargo Home Mortgage, a division of Wells Fargo Bank, National Association,**

     Defendant.

---

## AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

**Kane, J.**

Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

(X) Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LR29.1.

(X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( ) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case. (If unchecked, counsel for any party may contact my chambers for referral request at any time, and referral for settlement will be issued forthwith, but may be to a different magistrate judge.)

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, but

>only as specifically referred.  I do not generally refer dispositive motions to magistrate judges, preferring to handle them myself.

(X)   Conduct a pretrial conference and enter a pretrial order.

In all cases referred for scheduling and/or pretrial procedures, counsel should use and comply with the procedures set forth in my form scheduling and pretrial orders, available at www.cod.uscourts.gov.(Select Judicial Officers Procedures, then select Judge Kane), and *not* the court's general form orders attached to the local rules.

Dated:  September 10, 2009

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT