IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02064-JLK-CBS

CITIMORTGAGE, INC.,
a New York corporation,

      Plaintiff,

v.

AMERICAN MORTGAGE NETWORK, INC.,
n/k/a Wells Fargo Home Mortgage,
a division of Wells Fargo Bank, National Association,

      Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Answer *(doc. no. 22)* is GRANTED. Defendant's Amended Answer *(doc no. 22-2)*, tendered to the court on November 16, 2009, is accepted for filing as of the date of this order.

**DATED:**      November 17, 2009