IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02064-JLK-CBS

CITIMORTGAGE, INC., a New York corporation,

    Plaintiff,

v.

AMERICAN MORTGAGE NETWORK, INC., n/k/a Wells Fargo Home Mortgage, a division of Wells Fargo Bank, National Association,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    The Court has reviewed the Stipulation for Dismissal With Prejudice submitted by the parties.

    The Court approves the Stipulation for Dismissal With Prejudice.

    The Court dismisses this matter with prejudice. Each party shall pay its own costs and attorneys' fees.

    DATED: August 19, 2010

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        United States District Court Judge